**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Marc Luther McLeish<br>     fdba Money Mailer<br><br>                    Debtor(s) | CHAPTER 7<br><br>BKY. NO. 17-12024 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/ Matteo S. Weiner, Esquire**
                    Matteo S. Weiner, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322 FAX (215) 627-7734