IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marc Luther McLeish fdba Money Mailer<br>Debtor | CHAPTER 7 |
| JPMorgan Chase Bank, N.A.<br>Movant<br>vs.<br>Marc Luther McLeish fdba Money Mailer<br>Debtor<br>Robert H. Holber, Esq.<br>Trustee | NO. 17-12024 REF<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), is modified to allow JPMorgan Chase Bank, N.A. to exercise its rights pursuant to the loan documents regarding the premises 1009 Shilo Street, Reading (a/k/a Muhlenberg Township), PA 19605 ("Property") , so as to allow Movant, and any of its successors or assignees, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies.

5/8/17

_____
United States Bankruptcy Judge.

cc: See attached service list