United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12024-ref
Marc Luther McLeish                                                 Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith          Page 1 of 1          Date Rcvd: May 08, 2017
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
db              +Marc Luther McLeish,    1009 Shilo Street,    Reading, PA 19605-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2017 at the address(es) listed below:
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Marc Luther McLeish tobykmendelsohn@comcast.net
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Marc Luther McLeish fdba Money Mailer<br>Debtor | CHAPTER 7 |
| JPMorgan Chase Bank, N.A.<br>Movant<br>vs. | NO. 17-12024 REF |
| Marc Luther McLeish fdba Money Mailer<br>Debtor | |
| Robert H. Holber, Esq.<br>Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), is modified to allow JPMorgan Chase Bank, N.A. to exercise its rights pursuant to the loan documents regarding the premises 1009 Shilo Street, Reading (a/k/a Muhlenberg Township), PA 19605 ("Property") , so as to allow Movant, and any of its successors or assignees, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies.

5/8/17

_____
United States Bankruptcy Judge.

cc: See attached service list