Certificate Number: 17082-PAE-DE-029375004

Bankruptcy Case Number: 17-12024



17082-PAE-DE-029375004

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2017, at 10:48 o'clock AM MST, MARC L MCLEISH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 6, 2017              By:     /s/Orsolya K Lazar

                                  Name:   Orsolya K Lazar

                                  Title:  Executive Director